JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BANUELOS,<br><br>              Petitioner,<br><br>     v.<br><br>MIKE McDONALD, Warden,<br><br>              Respondent. | Case No. CV 09-4911-JSL (OP)<br><br>J U D G M E N T |

     Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: Nov. 8, 2010

                           HONORABLE J. SPENCER LETTS
                           Senior United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge